IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DOUGLAS PATRICK BURCHFIELD, *et al.*,

Plaintiffs,

v. 2:26-CV-143-Z-BR

JOHN SPIVEY, *et al.*,

Defendants.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case without prejudice for lack of subject matter jurisdiction. ECF No. 22. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 22) is **ADOPTED**. Defendant John Spivey's Motion to Dismiss (ECF No. 16) is **DENIED** as moot. This case is **DISMISSED without prejudice**.

**SO ORDERED.**

September 26, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE